IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER N.V (SCHLUMBERGER LIMITED); SCHLUMBERGER TECHNOLOGY CORPORATION; SMITH INTERNATIONAL ACQUISITION CORP.; and M-I L.L.C. dba M-I SWACO,<br><br>    Defendants. | Civil Action No. 2:14-cv-00549-JRG<br><br>**JURY TRIAL DEMANDED** |

### AGREED STIPULATION OF DISMISSAL OF SMITH INTERNATIONAL ACQUISITION CORPORATION

NOW COME the Plaintiff Parallel Separation Innovations LLC ("PSI") and Defendant Smith International Acquisition Corporation ("Smith") pursuant to Fed. R. Civ. P. 41(a)(1), who hereby stipulate that all claims and causes of action brought by PSI against Smith in the above-referenced action are hereby dismissed without prejudice.

As grounds for dismissal, Plaintiff states as follows: Plaintiff's original complaint alleges infringement by Smith and three other Schlumberger-related corporate entities. Smith has denied making, using, selling, offering for sale or importing the accused device, and Smith has not brought any declaratory judgment counterclaims. *See* Dkt. No. 21, at ¶ 12. On July 24, 2014, Plaintiff filed its First Amended Complaint for Patent Infringement (Dkt. No. 27). Based on Smith's above representation, Plaintiff removed its allegations relating to Smith from its

amended pleading. Thus, since Plaintiff's live pleading does not currently state any cause of action against Smith, dismissal of Smith is necessary and appropriate.

Each party shall bear its own costs and attorneys' fees. This Stipulation of Dismissal is by and between PSI and Smith only, and does not affect any other claims or defenses between PSI and any other parties to the above-captioned litigation.

July 30, 2014

Respectfully submitted,

/s/ Henry Pogorzelski
Henry M. Pogorzelski – Lead Counsel
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
hpogorzelski@cepiplaw.com

L. Charles van Cleef
Texas Bar No. 00786305
CHARLES VAN CLEEF,
ATTORNEY AT LAW, PC
PO Box 2432
Longview, TX 75606-2432
Telephone: (903) 248-8244
Facsimile: (903) 248-8249

ATTORNEYS FOR PLAINTIFF PARALLEL
SEPARATION INNOVATIONS LLC.

/s/ R. William Beard, Jr.
Bruce W. Slayden II – Lead Counsel
Texas Bar No. 18496695
bslayden@kslaw.com
R. William Beard, Jr.
Texas Bar No. 00793318
wbeard@kslaw.com
Brian C. Banner
Texas Bar No. 24059416
bbanner@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

ATTORNEYS FOR DEFENDANT SMITH
INTERNATIONAL ACQUISITION
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 30, 2014                                                                  /s/ Henry Pogorzelski
                                                                               Henry Pogorzelski

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have complied with the meet and confer requirements in Local Rule CV-7(h). Counsel for Defendant Smith International Acquisition Corporation has indicated that it does not oppose the relief requested herein.

July 30, 2014                                                                  /s/ Henry Pogorzelski
                                                                               Henry Pogorzelski