# Exhibit 2

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **In re Subpoenas to** § <br> **GARY J. FISCHMAN and ACACIA** § <br> **RESEARCH GROUP, LLC** § <br> _____ § <br> § <br> PARALLEL SEPARATION § <br> INNOVATIONS, LLC v. § <br> SCHLUMBERGER LIMITED § <br> (SCHLUMBERGER N.V.); § <br> SCHLUMBERGER TECHNOLOGY § <br> CORPORATION; and M-I L.L.C. (d/b/a M-I § <br> SWACO) (Pending in the United States § <br> District Court for the Eastern District of § <br> Texas, Case No. 2:14-cv-00549) | Miscellaneous Action <br> No. \_\_\_\_-mc-_____ |

---

### DECLARATION OF GARY FISCHMAN IN SUPPORT OF
### GARY FISCHMAN AND ACACIA RESEARCH GROUP, LLC'S
### JOINT MOTION TO QUASH SUBPOENAS

---

I, Gary Fischman, declare:

1. I am an individual over the age of eighteen. I am a movant in this miscellaneous proceeding. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, I could and would competently do so.

2. I am a Vice President of Licensing employed by joint movant Acacia Research Group, LLC ("ARG"). ARG hired me in July 2013. I am a member of the Texas State Bar and am admitted to the United States District Court for the Southern District of Texas. I live in Houston, Texas. I am resident in ARG's Houston office, which is located at Three Post Oak Central, 1990 Post Oak Boulevard, Suite 710, Houston, Texas 77056.

3. Parallel Separation Innovations, LLC ("PSI") is a wholly-owned subsidiary of

-1-

ARG.  PSI owns and controls all rights and interests in U.S. Patent No. 5,593,582 (the "Patent"), which ARG assigned to it.  Through my employment with ARG, I draw upon my legal background to counsel ARG affiliates in their licensing and enforcement of patent rights.  In that capacity, I work closely with outside patent litigation counsel.

4. I advised PSI in the decision to sue Schlumberger Ltd. and affiliated entities, including MI-SWACO, for infringement of the Patent in April 2014 (the "Infringement Action").  The Infringement Action is ongoing, and as the licensing executive responsible for managing licensing and enforcement of the Patent, I remain personally involved in helping formulate PSI's litigation strategy in close collaboration with outside counsel.

5. Charlotte Rutherford is a business development executive at ARG, not a licensing executive like me, and is identified as part of the business development group on ARG's public website.  Licensing executives, including me, are primarily responsible for managing or directing licensing and enforcement of patent portfolios controlled by ARG or its affiliates.

6. I am familiar with the pertinent parts of the Patent's ownership history and efforts to license or enforce it.  ARG acquired the Patent prior to January 8, 2013.  During the diligence period preceding acquisition, and after acquisition of the Patent but prior to ARG hiring Charlotte Rutherford, attorneys working on ARG's behalf conducted or directed legal and technical analyses of products to identify potential infringers of the Patent.  In my role as a licensing executive, I am aware of the timing and results of those analyses.  Based on such analyses, a shale shaker product owned by MI-SWACO was identified as a potential infringer of the Patent at least three months before ARG hired me.

//
//
//
//
//
//

7. I am familiar with the lawsuit that Schlumberger filed against Ms. Rutherford in Texas state court. Schlumberger never issued a subpoena to take discovery from me in that case. To my knowledge, Schlumberger never issued a subpoena to take discovery from ARG in that case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of December, 2014, in Houston, Texas.

Gary Fischman

Scanned by CamScanner