# Exhibit 4

**Director of Intellectual Property**

**Job Summary:**
The Director of Intellectual Property is part of the senior Schlumberger management team for technology. This position is responsible for all of Schlumberger's Intellectual Property (IP) worldwide and the professional development of the IP Department staff.

**Relationships and Reporting:**
Direct: EMS Vice President
Functional: General Counsel of Schlumberger Ltd.
Direct Reports Are: Manager IP Licensing, Manager IP Enforcement and Manager IP Operations

**Essential Responsibilities** & **Duties**
- Responsible for developing and implementing the worldwide IP strategy for the Company. Ensures business group and segment strategies are aligned with the overall Company strategy and updated as necessary based on changes in the Company business plans, strategies and competitive landscape.

- Accountable for the worldwide IP programs for monetizing IP, enforcing IP (including litigation) and operations in the business groups/segments.

- Responsible for the near-term and long-range plans for the IP Department including key performance indicators and metrics to monitor and assess excellence in execution.

- Provides legal advice and training to senior Company executives relating to IP law matters including antitrust and competition law.

- Provides overall supervision of IP Department staff including recruiting, retention, promotions/transfers and organizational structure and assists them in their professional development.

- Responsible for the overall IP Department budget including licensing, litigation and operations.

- Responsible for protecting and preserving the Company's IP assets including patents, trademarks and trade secrets by establishing and maintaining best practices and procedures.

- Directs and supervises outside counsel on legal matters relating to IP affecting the Company.

- Advises senior Company executives regarding risk issues relating to IP and obtains legal opinions as needed.

- Ensures that IP issues for mergers, acquisitions, divestitures and joint ventures are managed and aligned with the worldwide IP strategy for the Company.

- Responsible with the Director of Compliance for OARs and other internal compliance reviews affecting the Segments and Technology and Research Centers.

**Education**
J.D. (law) degree or equivalent and university technical degree required**,** preferably in engineering, mathematics or physics. Additionally, a business degree such as a MBA is a plus.

**Experience**
A minimum of twenty years experience dealing with IP legal matters in a law firm or corporate environment including IP litigation. Registered to practice before the US Patent and Trademark Office. Experience with oil and gas business is a plus. Excellent negotiation, communication and interpersonal skills including the ability to work with persons of different backgrounds and cultures. Prior Company experience may include positions within operations or a segment such as a General Counsel so long as technical and legal qualifications and IP practice experience requirements are met.