**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC, | |
| Plaintiff, | Civil Action No. 2:14-cv-00549-JRG LEAD CASE |
| v. | |
| SCHLUMBERGER N.V (SCHLUMBERGER LIMITED) ET AL. | JURY TRIAL DEMANDED |
| NATIONAL OILWELL VARCO, INC. ET AL. | Civil Action No. 2:14-cv-00556-JRG |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFF AND SCHLUMBERGER PARTIES

Plaintiff Parallel Separation Innovations LLC and Defendants Schlumberger N.V. (Schlumberger Limited), Schlumberger Technology Corporation, M-I L.L.C. dba M-I Swaco (collectively, "Schlumberger") affirmatively state that all matters in controversy between them have been settled, in principle, and request that the Court stay all deadlines between them for 30 days.  The parties move for the foregoing extension to allow them to prepare a definite written agreement and submit appropriate dismissal papers.

A proposed order is attached.

February 12, 2015

Respectfully submitted,

/s/ *R. William Beard, Jr.*
Bruce W. Slayden II
Texas Bar No. 18496695
R. William Beard, Jr.
Texas Bar No. 00793318
Brian C. Banner
Texas Bar No. 24059416
**KING & SPALDING LLP**
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: bslayden@kslaw.com
  wbeard@kslaw.com
  *bbanner@kslaw.com*

*Attorneys for Defendants Schlumberger N.V. (Schlumberger Limited), Schlumberger Technology Corporation, and M-I L.L.C. dba M-I Swaco*

/s/ *Henry M. Pogorzelski*
Henry M. Pogorzelski – Lead Counsel
Texas Bar No. 24007852
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Shea N. Palavan
Texas Bar No. 24083616
**COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: hpogorzelski@cepiplaw.com
  mcollins@cepiplaw.com
  jedmonds@cepiplaw.com
  spalavan@cepiplaw.com

*Attorneys for Plaintiff*
*Parallel Separation Innovations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 12, 2015

/s/ Henry Pogorzelski
Henry Pogorzelski