**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER N.V (SCHLUMBERGER LIMITED), ET AL.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00549-JRG<br>**LEAD CASE**<br><br><br>**JURY TRIAL DEMANDED** |
| NATIONAL OILWELL VARCO, INC., ET AL.,<br><br><br>        Defendants. | Civil Action No. 2:14-cv-00556-JRG |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff, Parallel Separation Innovations LLC ("PSI"), and Defendants, National Oilwell

Varco, Inc., et al. ("NOV"), hereby submit this Joint Claim Construction and Prehearing Statement

pursuant to P.R. 4-3 and this Court's Case Management Plan (Doc. No. 73).[1]

**I.       P.R. 4-3(a): The Construction of Claim Terms, Phrases, or Clauses on Which the
          Parties Agree.**

The parties have agreed to the construction of the following term:

| TERM/PHRASE | AGREED CONSTRUCTION |
|---|---|
| shale shaker<br>(Claim 1) | A device that separates drilling solids from drilling mud. |

**II.      P.R. 4-3(b): Each Party's Proposed Constructions.**

---

[1] The Court has currently stayed all deadlines as to the Schlumberger Defendants in lead case C.A. 2:14-CV-00549-JRG, pursuant to Settlement in Principle.  *See* Dkt. No. 98.

PSI's proposed constructions are attached hereto as Exhibit A. Defendants' proposed constructions are attached hereto as Exhibit B.

The above-referenced exhibits identify the intrinsic and extrinsic evidence that the respective parties presently intend to rely upon in support of their proposed constructions or to oppose any other party's proposed constructions.

### III.    P.R. 4-3(c): The Anticipated Length of Time Necessary for the Claim Construction Hearing.

The Court has scheduled the Claim Construction Hearing for June 4, 2015. (Dkt. No. 73). The parties anticipate that no more than four hours of time (*i.e.,* 2 hours per side) are necessary for the Claim Construction Hearing.

### IV.    P.R. 4-3(d): Whether Any Party Proposes to Call One or More Witnesses.

Plaintiff does not believe that the testimony of any witnesses is necessary or appropriate for the present case.  Plaintiff anticipates filing a motion to exclude the testimony of the NOV witness Mr. Morgenthaler, but Plaintiff would respectfully request the opportunity to provide rebuttal testimony in the event that the Court denies Plaintiff's motion.

NOV plans to call its expert witness, Mike Morgenthaler.  Mr. Morgenthenthaler's C.V. is attached as Exhibit C. Mr. Morganthaler will testify about the background of the technology, the field of the asserted patent, and the technology disclosed in the asserted patent.  He will testify about the meaning of a person of ordinary skill in the art ("POOSITA").  He will testify that NOV's proposed claim constructions, from the view of a POOSITA, would be the recognized meaning of the asserted patent claim terms.  His testimony about NOV's proposed claim constructions will be based on: (1) his background and experience (disclosed in Exhibit C); and (2) NOV's cited intrinsic and extrinsic evidence in Exhibit B.   Mr. Morganthaler will be presented to PSI for a deposition, at a mutually convenient time and place, prior to the due date of the parties' *Markman* briefs.

**V.     P.R. 4-3(e): A List of Any Other Issues That Might Appropriately Be Taken Up at a Prehearing Conference.**

NOV wishes to discuss its pending motion to transfer venue to the Southern District of Texas (Doc. No. 18) and motion to stay pending resolution of venue (Doc. No. 51) at the prehearing conference.

PSI is not presently aware of any issues to be taken up at the prehearing conference.  PSI suggests that the NOV motions referred above have been fully briefed and that no further argument is necessary.

March 12, 2015                                      Respectfully submitted,

/s/ Henry Pogorzelski                               /s/ Robert M. Bowick
Henry M. Pogorzelski – Lead Counsel                John Wesley Raley, III
Texas Bar No. 24007852                             Robert M. Bowick
Michael J. Collins                                 Bradford T. Laney
Texas Bar No. 04614510                             RALEY & BOWICK, L.P.
John J. Edmonds                                    1800 Augusta Dr., Suite 300
Texas Bar No. 789758                               Houston, Texas 77057
**COLLINS, EDMONDS, POGORZELSKI,**                  Phone: (713) 429 - 8050
**SCHLATHER & TOWER, PLLC**                         Fax: (713) 429 - 8045
1616 S. Voss Road, Suite 125                        jraley@raleybowick.com
Houston, Texas 77057                               rbowick@raleybowick.com
Telephone: (281) 501-3425                          blaney@raleybowick.com
Facsimile: (832) 415-2535
Email: hpogorzelski@cepiplaw.com
         mcollins@cepiplaw.com                     /s/Andy Tindel
         jedmonds@cepiplaw.com                     Andy Tindel
                                                   State Bar No. 20054500
                                                   $MT^2$ Law Group
L. Charles van Cleef                               Mann | Tindel | Thompson
Texas Bar No. 00786305                             112 East Line Street, Suite 304
**CHARLES VAN CLEEF - ATTORNEY AT LAW,**            Tyler, Texas 75702
**PC**                                              Tel: (903) 596-0900
PO Box 2432                                         Fax: (903) 596-0909
Longview, TX 75606-2432                             Email: atindel@andytindel.com
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249                          ATTORNEYS FOR DEFENDANTS
                                                   NATIONAL OILWELL VARCO, INC.,
*Attorneys for Plaintiff*                           NATIONAL OILWELL VARCO, L.P.,
*Parallel Separation Innovations LLC*               NOWOILFIELD SERVICES, INC., NATIONAL
                                                   OILWELL VARCO, LP DBA NOV BRANDT
                                                   AND DBA BRANDT

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff and the NOV Defendants have authorized this joint filing.

Date: March 12, 2015                              */s/ Henry M. Pogorzelski*
                                                 Henry M. Pogorzelski

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date: March 12, 2015                              */s/ Henry M. Pogorzelski*
                                                 Henry M. Pogorzelski