**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC, | |
| Plaintiff, | Civil Action No. 2:14-cv-00549-JRG LEAD CASE |
| v. | |
| SCHLUMBERGER N.V (SCHLUMBERGER LIMITED) ET AL. | JURY TRIAL DEMANDED |
| NATIONAL OILWELL VARCO, INC. ET AL. | Civil Action No. 2:14-cv-00556-JRG |

<u>**JOINT MOTION TO EXTEND STAY OF DEADLINES FOR AN ADDITIONAL**</u>
<u>**FOURTEEN DAYS, AS BETWEEN PLAINTIFF AND SCHLUMBERGER PARTIES**</u>

Plaintiff Parallel Separation Innovations LLC and Defendants Schlumberger N.V. (Schlumberger Limited), Schlumberger Technology Corporation, M-I L.L.C. dba M-I Swaco (collectively, "Schlumberger") respectfully request that the Court extend by an additional 14 days, the present stay of all deadlines. The Court previously granted the parties' joint motion for a 30-day stay of all deadlines so that the parties could reduce their settlement agreement into a written document. *See* Order, Doc. No. 98.

The parties have now executed a definitive written settlement agreement. The parties respectfully request the foregoing additional time in order for certain contractual obligations to be consummated, prior to the filing of dismissal documents. A proposed order is attached.

March 16, 2015

Respectfully submitted,

/s/ R. William Beard, Jr.
Bruce W. Slayden II
Texas Bar No. 18496695
R. William Beard, Jr.
Texas Bar No. 00793318
Brian C. Banner
Texas Bar No. 24059416
**KING & SPALDING LLP**
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: bslayden@kslaw.com
        wbeard@kslaw.com
        *bbanner@kslaw.com*

***Attorneys for Defendants Schlumberger N.V.
(Schlumberger Limited), Schlumberger
Technology Corporation, and M-I L.L.C. dba
M-I Swaco***

/s/ Henry M. Pogorzelski
Henry M. Pogorzelski – Lead Counsel
Texas Bar No. 24007852
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Shea N. Palavan
Texas Bar No. 24083616
**COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: hpogorzelski@cepiplaw.com
        mcollins@cepiplaw.com
        jedmonds@cepiplaw.com
        spalavan@cepiplaw.com

***Attorneys for Plaintiff
Parallel Separation Innovations LLC***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 16, 2015

/s/ Henry Pogorzelski
Henry Pogorzelski

2