**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:14-cv-00549 |
| v. | § § | |
| SCHLUMBERGER N.V. (SCHLUMBERGER LIMITED); SCHLUMBERGER TECHNOLOGY CORPORATION; and M-I L.L.C. dba M-I SWACO, | § § § § § § | |
| Defendants. | § § | |

# ORDER

In light of the settlement agreement between Plaintiff Parallel Separation Innovations LLC and Schlumberger N.V., Schlumberger Technology Corporation, and M-I LLC (Dkt. No. 96), the Court finds that the following motions should be and are hereby DENIED WITHOUT PREJUDICE:

    Docket Number 23 in 2:14-cv-549
    Docket Number 47 in 2:14-cv-549
    Docket Number 85 in 2:14-cv-549
    Docket Number 91 in 2:14-cv-549
    Docket Number 92 in 2:14-cv-549

The Clerk is directed to terminate the above mentioned motions.

**So ORDERED and SIGNED this 20th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE