**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

PARALLEL SEPARATION
INNOVATIONS LLC,

       Plaintiff,

v.

SCHLUMBERGER N.V
(SCHLUMBERGER LIMITED) ET AL.

Civil Action No. 2:14-cv-00549-JRG
LEAD CASE

JURY TRIAL DEMANDED

## AGREED STIPUTION OF DISMISSAL

Plaintiff Parallel Separation Innovations LLC ("PSI") and Defendants Schlumberger N.V.
(Schlumberger Limited), Schlumberger Technology Corporation, M-I L.L.C. dba M-I Swaco
(collectively, "Schlumberger"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that
all claims and counterclaims by and between PSI and Schlumberger in this action are hereby
dismissed with prejudice.  Each party shall bear its own costs and attorneys fees.

A proposed order is attached.

March 25, 2015

Respectfully submitted,

/s/ *R. William Beard, Jr.*
Bruce W. Slayden II
Texas Bar No. 18496695
R. William Beard, Jr.
Texas Bar No. 00793318
Brian C. Banner
Texas Bar No. 24059416
**KING & SPALDING LLP**
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: bslayden@kslaw.com
    wbeard@kslaw.com
    *bbanner@kslaw.com*

*Attorneys for Defendants Schlumberger N.V.*
*(Schlumberger Limited), Schlumberger*
*Technology Corporation, and M-I L.L.C. dba*
*M-I Swaco*

/s/ *Henry M. Pogorzelski*
Henry M. Pogorzelski – Lead Counsel
Texas Bar No. 24007852
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Shea N. Palavan
Texas Bar No. 24083616
**COLLINS, EDMONDS, POGORZELSKI,**
**SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: hpogorzelski@cepiplaw.com
    mcollins@cepiplaw.com
    jedmonds@cepiplaw.com
    spalavan@cepiplaw.com

*Attorneys for Plaintiff*
*Parallel Separation Innovations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 25, 2015

/s/ Henry Pogorzelski
Henry Pogorzelski